FILED

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0224

_____

THOMAS C. WEINER, M.D.,

      Plaintiff and Appellant,

  v.

ST. PETER'S HEALTH, a Montana Domestic
Nonprofit Corporation, d/b/a St. Peter's Hospital,

      Defendant and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024